# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TERRANCE EUGENE TAYLOR, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | 1:03-CR-354-CC-CCH |
| UNITED STATES OF | : | |
| AMERICA, | : | CIVIL ACTION NO. |
| Respondent. | : | 1:12-CV-1091-CC-CCH |

## UNITED STATES MAGISTRATE JUDGE'S FINAL ORDER AND REPORT AND RECOMMENDATION

On March 28, 2012, Movant submitted a *pro se* pleading he styled "A Nunc Pro Tunc Motion to Correct a Manifest Error Within the Imposition of the Above Captioned Case so that the Fifth Amendment Against Double Jeopardy is not Violated," which the Clerk docketed as a motion to vacate under 28 U.S.C. § 2255. In response to the undersigned's show cause Order, the Government indicated that Movant had not been provided with the notice required by *Castro v. United States*, 540 U.S. 375, 383 (2003), prior to the Clerk docketing his pleading as a § 2255 motion.[1] (Doc. 30). The Government argued in the alternative that because

---

[1] In *Castro*, the Supreme Court held that
> when a court recharacterizes a *pro se* litigant's motion as a first § 2255 motion[,] . . . the district court must first notify the *pro se* litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any

AO 72A (Rev.8/82)

Movant challenges the administration of his sentence by the Bureau of Prisons rather than the validity of his sentence, his motion is more properly brought under 28 U.S.C. § 2241 in the district in which he is incarcerated. (*Id.*). Immediately after the Government filed its response, Movant moved to voluntarily withdraw his previously filed motion and indicates that he wants to file an action under 28 U.S.C. § 2241 in the district where he is incarcerated. (Doc. 31).

**IT IS THEREFORE RECOMMENDED** that Movant's motion to withdraw his previously filed motion [Doc. 31] be **GRANTED**, and that this action be **DISMISSED WITHOUT PREJUDICE**.

---

> subsequent § 2255 motion will be subject to restrictions on "second or successive" [§ 2255] motions, and provide the litigant an opportunity to withdraw the motion or to amend it so it contains all the § 2255 claims he believes he has.

*Castro*, 540 U.S. at 383.

AO 72A
(Rev.8/82)

The Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 8th day of May, 2012.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)