# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TERRANCE EUGENE TAYLOR, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | 1:03-CR-354-CC |
| UNITED STATES OF | : | |
| AMERICA, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:12-CV-1091-CC |

## **O R D E R**

The above entitled action is presently before the Court on the Magistrate Judge's Final Report and Recommendation recommending granting Movant's motion to voluntarily dismiss this action. (Doc. 32). The Court has reviewed the motion (Doc. 31) and the Report and Recommendation and finds the Magistrate Judge's conclusions to be well-founded.

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that Movant's motion to voluntarily dismiss the instant action (Doc. 31) be **GRANTED**, and that this action (Doc. 27) be **DISMISSED**.

The Clerk is directed to close this action.

**IT IS SO ORDERED** this 28th day of March, 2013.

> *s/ CLARENCE COOPER*
> CLARENCE COOPER
> SENIOR UNITED STATES DISTRICT JUDGE