IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRANCE EUGENE TAYLOR, : | |
| BOP Reg #54827-019, : | CIVIL ACTION NO. |
| : | 1:13-CV-985-CC-JSA |
| Movant, : | |
| : | CRIMINAL ACTION NO. |
| vs. : | 1:03-CR-354-CC-JSA-1 |
| : | |
| UNITED STATES OF AMERICA, : | MOTION TO VACATE |
| : | 28 U.S.C. § 2255 |
| Respondent. : | |

**ORDER**

This matter is before the Court on the Final Report and Recommendation ("R&R") [Doc. No. 40] issued by Magistrate Judge Justin S. Anand on August 15, 2013. Magistrate Judge Anand recommends that the Movant's 28 U.S.C. § 2255 motion to vacate be dismissed as time-barred. The record reflects that no objections to the R&R have been filed. After reviewing the R&R for plain error according to United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court and hereby **DISMISSES** Movant's § 2255 motion to vacate [Doc. No. 34] as time-barred. The Court also **DENIES** Movant a certificate of appealability.

SO ORDERED this 24th day of September, 2014.

*s/ CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE